# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**GLADSTONE MCDOWELL**                                               **PLAINTIFF**
**REG #12204-031**

v.                     **CASE NO. 2:16-CV-00125 BSM**

**ROCHELLE FOBES**                                                   **DEFENDANT**

## ORDER

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 8th day of November 2016.

_/s/ Brian S. Miller_
UNITED STATES DISTRICT JUDGE